UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY A. ARNDT,

        Plaintiff,

                                    Case No.  2:15-cv-11108
v.                              District Judge Paul D. Borman
                                  Magistrate Judge Anthony P. Patti

FORD MOTOR COMPANY,

        Defendant.

_____/

## ORDER EXPEDITING BRIEFING SCHEDULE AND NOTICING A HEARING FOR FEBRUARY 18, 2016

Defendant filed a motion to allow completion of Plaintiff's deposition on February 5, 2016.  (DE 41.)  The motion was referred to me pursuant to 28 U.S.C. § 636(b)(1)(A) on February 11, 2016.  (DE 43.)

In the motion, Defendant asks the Court to order that Plaintiff's deposition be taken on February 22, 2016 or February 25, 2016, if it has received Plaintiff's military records by those dates.  Under the Local Rules, Plaintiff's response to the motion is due on February 22, 2016, on the first day that Defendant proposes to take his deposition.  *See* E.D. Mich. LR 7.1(e)(2).  Because of the timeline constraints, the parties are hereby **ORDERED** to follow the expedited briefing schedule outlined below, pursuant to Federal Rule of Civil Procedure 6(c)(C):

- Plaintiff shall file his response **ON OR BEFORE 12:00 P.M. ON FEBRUARY 16, 2016**.

- Defendant shall file any reply **ON OR BEFORE 12:00 P.M. ON FEBRUARY 17, 2016**.

- The Court shall hold a hearing in this matter on **FEBRUARY 18, 2016** at **4:00 P.M**. in courtroom 624, 231 West Lafayette Boulevard, Detroit, Michigan, 48226.

If the parties would find it helpful, they may request a conference call in advance of the hearing by calling chambers at (313) 234-5200, with agreed upon dates and times in mind.

**IT IS SO ORDERED.**

Dated: February 11, 2016          s/Anthony P. Patti
                                  Anthony P. Patti
                                  UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 11, 2016, electronically and/or by U.S. Mail.

                                  s/Michael Williams
                                  Case Manager for the
                                  Honorable Anthony P. Patti

2