UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY A. ARNDT,

      Plaintiff,

v.

      Case No.  2:15-cv-11108
      District Judge Paul D. Borman
      Magistrate Judge Anthony P. Patti

FORD MOTOR COMPANY,

      Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL REGARDING DOCUMENTS LISTED ON DEFENDNANT'S PRIVILEGE LOG AND/OR FOR AN *IN CAMERA* INSPECTION (DE 49)

This matter is before the Court for consideration of Plaintiff's motion to compel documents listed on Defendant's privilege log (DE 49), Defendant's response in opposition (DE 57), Plaintiff's reply (DE 62) and the parties' joint list of unresolved issues (DE 65.)  Plaintiff seeks to compel communications made by a human resources team reviewing his ADA request with in-house counsel, Anthony W. Dalimonte.  Specifically, Plaintiff challenges fifteen items listed in Defendant's privilege log and seeks an *in camera* review of those items to

determine if any of the documents are not protected (or are only partially protected) by attorney-client privilege. (*See* DE 57-1 at 8-9.)

This matter came before me for a hearing on March 23, 2016. For the reasons stated on the record, Plaintiff's motion is **GRANTED IN PART AND DENIED IN PART**. Specifically, I conclude that eleven of the fifteen entries in the privilege log lacked sufficient detail as to the subject matter of the communications. The four entries containing sufficient detail are: 1) the 3/18-19/14 communication authored by Maria Conliffe and Kelly Szafranski; 2) the 4/22/14 communication authored by Joan Treves and Leslie Harris; 3) the 4/24/14 communication authored by Karen Humes; and 4) the 4/28/14 communication authored by Anthony Dalimonte and Karen Humes. (DE 57-1 at 8-9.) As to the remaining eleven entries, Defendant is hereby **ORDERED** to amend its privilege log to include sufficient detail as to the subject matter of the communications. Defendant shall file its amended privilege log **ON OR BEFORE MARCH 30, 2016** for my review. If I conclude that the privilege log still lacks sufficient detail, I will order an *in camera* review of the relevant documents.

**IT IS SO ORDERED.**


Dated: March 24, 2016         s/Anthony P. Patti
                              Anthony P. Patti
                              UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 24, 2016, electronically and/or by U.S. Mail.

                                            s/Michael Williams
                                            Case Manager for the
                                            Honorable Anthony P. Patti