UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY A. ARNDT,

    Plaintiff,

v.

    Case No.  2:15-cv-11108
    District Judge Paul D. Borman
    Magistrate Judge Anthony P. Patti

FORD MOTOR COMPANY,

    Defendant.

_____/

## ORDER EXTENDING DEFENDANT'S REPLY DATE TO AUGUST 31, 2016

Defendant filed its motion for summary judgment on May 2, 2016.  (DE 75.) The matter was set for a hearing before Judge Borman on August 31, 2016.  (DE 76.)  On May 19, 2016, Plaintiff filed a motion to extend his reply date until July 25, 2016.  (DE 77.)  I granted Plaintiff's motion on May 20, 2016 and noted that Defendant's reply date would be similarly extended to August 9, 2016.  (DE 80.) Thereafter, Defendant filed a request for a conference regarding the extension, explaining that counsel would be unavailable for most of August.  (DE 81.)

The parties spoke with my law clerk on May 24, 2016, and agreed to extend the reply date to August 31, 2016, as long as the hearing on the motion could likewise be extended to a date in September.  Accordingly, Defendant's reply shall

2

be filed **ON OR BEFORE AUGUST 31, 2016**. As a result, Judge Borman will issue a revised order re-setting the hearing date to a time that is convenient to the Court.

    **IT IS SO ORDERED.**


Dated: May 25, 2016          s/Anthony P. Patti
                                   Anthony P. Patti
                                   UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on May 25, 2016, electronically and/or by U.S. Mail.

                                   s/ Michael Williams
                                   Case Manager for the
                                   Honorable Anthony P. Patti